NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KENNETH L. YOUNG,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2010-7058

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-3216, Judge Frank Q. Nebeker.

---

**ON MOTION**

---

Before SCHALL, *Circuit Judge.*

**ORDER**

We treat Kenneth L. Young's letter dated May 10, 2010 as a motion for reconsideration of the court's April 30, 2010 order granting the Secretary of Veterans Affairs' motion to stay all proceedings pending the Supreme Court's final disposition of *Henderson v. Shinseki*, 589 F.3d 1201 (Fed. Cir. 2009).

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

OCT 2 8 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Kenneth L. Young
Joseph A. Pixley, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 2 8 2010

JAN HORBALY
CLERK